

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

MARIA ARAMBULA,                              §              No. 08-17-00110-CV

     Appellant,                    §              Appeal from the

v.                                           §              243rd District Court

MANUEL Y. ENRIQUEZ AND                       §              of El Paso County, Texas
ANGELA ENRIQUEZ,
                                             §              (TC# 2012DCV05646)
     Appellees.

                                             §

## O RDER

On May 9, 2017, this Court issued an order for mediation referral and suspended the appellate timetable for sixty days. The order required the parties and the mediator to take certain steps, including filing a mediation report and a dispositive motion if mediation was successful, or a motion to reinstate the appellate timetable if it was not. No report or motion has been filed.

Therefore, the Court, on its own motion, ORDERS this appeal to continue, the appellate timetable suspension is lifted, and the Reporter's Record shall now be filed in this Court on or before August 16, 2017. Further, the Court has this day filed the Clerk's Record (1 volume) which was received on May 24, 2017 for the above styled and numbered cause.

IT IS SO ORDERED this 17th day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.